

FILED

2003 NOV 14  A 11: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JAMES LEONARDO, A MINOR BY HIS FRIEND AND PARENT, WENDY LEONARDO, PLAINTIFFS | : | CIVIL ACTION NO 3:03CVO304 (AVC) |
| VS. | : | |
| TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN, and AL HARRISON, DEFENDANTS | : | NOVEMBER 13, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, JAMES LEONARDO, hereby moves, pursuant to F.R.C.P. 6(b)

and D. Conn. L. Civ. R. 9 (b), for an extension of time of the scheduling orders of April

10, 2003 ordered by the Honorable Alfred V. Covello.  The undersigned counsel who has

been the primary caretaker of this matter and the prime contact with the Plaintiff has given

notice of his intention to leave the firm of Kahan, Kerensky & Capossela, LLP.  Plaintiff's

claim involves substantial legal issues, including a claim of alleged violation of Plaintiff's

civil rights, that require new counsel from that office to become familiar with the facts and

**ORAL ARGUMENT NOT REQUESTED/
TESTIMONY NOT REQUIRED**

issues involved in this matter in order to properly complete Plaintiff's discovery. In addition, Plaintiff anticipates taking the deposition of five (5) witnesses. These witnesses include Town and School officials and the Plaintiff anticipates it may take some time to schedule their depositions and accommodate these officials' schedules. Contributing to the potential scheduling issues are the upcoming holiday season and the possibility of inclement weather requiring the rescheduling of depositions as set forth in the report of the parties planning meeting. The Plaintiff respectfully requests, therefore, the deadline set forth in the current scheduling orders be extended for 180 days in accordance with the following:

1.    All discovery, including depositions of all witnesses, shall be completed by July 30, 2004.

2.    Motions, except Motions in limine incident to a trial, shall be filed on or before September 1, 2004.

3.    The parties shall file a joint trial memorandum in accordance with the pre-trial order on September 1, 2004.

4.    A damage analysis shall be provided by the Plaintiff before the completion of discovery, July 30, 2004.

5.    The case will be ready for trial December 2004, provided no dispositive Motions have been filed.

This is the first Motion for Extension of Time filed by the undersigned with

respect to this issue.

**CERTIFICATION OF COUNSEL**

      The undersigned counsel for the Plaintiff has contacted defense counsels Attorney

Michael Conroy and Attorney Brian Leaming who object to the time requests of this

Motion.

                         PLAINTIFF - JAMES LEONARDO, PPA
                                 ET AL

BY _____
        Mark W. Dietz of
        Kahan, Kerensky & Capossela, LLP
        45 Hartford Turnpike
        P.O. Box K
        Vernon, CT 06066-2181
        (860) 646-1974 (phone)
        (860) 647-8302 (fax)
        mdietz@kkc-law.com (email)
        Federal Bar No. Ct13941
        His Attorneys

# O R D E R

The foregoing motion having come to this court, it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT

_____

Judge / Assistant Clerk

## CERTIFICATION

I hereby certify that a copy of the above was mailed, postage prepaid, on this 13th day of November, 2003 to all counsel and pro se parties of record:

Michael C. Conroy, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-1976

Brian P. Leaming, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

_____

Mark W. Dietz

L:\L\LEONARDO, WENDY & JAMES #6385\Town of Enfield #6385-001\Federal Court Pleadings - NEW\Motion to extend time 11-13-03.doc