UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo<br>       Plaintiff | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD,<br>TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN and AL HARRISON,<br>       Defendants | : | NOVEMBER 13, 2003 |

**APPEARANCE**

TO:   Clerk, U.S. District Court
       450 Main Street
       Hartford, CT 06103

     Please enter my Appearance in the above entitled action as Counsel for the Plaintiff, JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo.

Dated at Vernon, Connecticut
this 13th day of November, 2003.

_____
MICHAEL J. KOPSICK
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181
(860) 646-1974
(860) 647-8302 fax
Federal Bar No. Ct 03656

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of November, 2003, copies of the foregoing Appearance were mailed, via U.S. Mail, postage prepaid, to all counsel and pro se parties of record, as follows:

Michael C. Conroy, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-1976

Brian P. Leaming, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

Michael J. Kopsick