UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, A MINOR BY HIS<br>FRIEND AND PARENT, WENDY LEONARDO,<br>PLAINTIFFS | : | CIVIL ACTION NO<br>3:03CV0304 (AVC) |
| VS. | : | |
| TOWN OF ENFIELD, TOWN OF ENFIELD<br>BOARD OF EDUCATION, HAZARDVILLE<br>FIRE DISTRICT, THOMAS SPIWAK,<br>LINDA CAVANAUGH, JOHN J. FLANAGAN,<br>and AL HARRISON,<br>DEFENDANTS | : | NOVEMBER 13, 2003 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff, JAMES LEONARDO, hereby moves, pursuant to F.R.C.P. 6(b) and D. Conn. L. Civ. R. 9 (b), for an extension of time of the scheduling orders of April 10, 2003 ordered by the Honorable Alfred V. Covello. The undersigned counsel who has been the primary caretaker of this matter and the prime contact with the Plaintiff has given notice of his intention to leave the firm of Kahan, Kerensky & Capossela, LLP. Plaintiff's

3:03CV0304 (AVC). November 18, 2003. The plaintiffs' motion for an extension of time is GRANTED as follows: (1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by March 30, 2004; (2) the parties shall exchange a damage analysis, if necessary, on or before March 30, 2004; (4) all motions, except motions in limine incident to a trial, shall be filed on or before April 30, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 30, 2004; and (6) the case shall be ready for trial by July 3, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.