**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his<br>next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD,<br>TOWN OF ENFIELD BOARD OF<br>EDUCATION, HAZARDVILLE<br>FIRE DISTRICT, THOMAS SPIWAK,<br>LINDA CAVANAUGH, JOHN J. FLANAGAN<br>and AL HARRISON | : | DECEMBER 3, 2003 |

**MOTION FOR PERMISSION TO FILE MORE THAN TWENTY-FIVE (25) INTERROGATORIES TO DEFENDANTS, TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN AND AL HARRISON**

The Plaintiff, JAMES LEONARDO, hereby moves this Court for permission to file more than twenty-five (25) interrogatories. Plaintiff believes some additional interrogatories will avoid duplicative and time consuming depositions of the individuals involved in the interrogation of the Plaintiff as alleged in the Complaint. Plaintiff further believes additional interrogatories will ultimately reduce time and costs to all parties, and maximize efficiency in discovery. At present, the Scheduling Order contemplates completion of discovery by January 31, 2004, although Plaintiff requested modification of said Order in early

November 2003.

                          PLAINTIFF - JAMES LEONARDO


BY_____
      Michael J. Kopsick of
      Kahan, Kerensky & Capossela, LLP
      His Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN and AL HARRISON | : | DECEMBER 3, 2003 |

**CERTIFICATION OF SERVICE**

This is to certify that on this 3rd day of December, 2003, copies of the foregoing were mailed, postage prepaid, to all counsel and pro se parties of record:

Michael C. Conroy, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-1976

Brian P. Leaming, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

_____
Michael J. Kopsick

L:\L\LEONARDO, WENDY & JAMES #6385\Town of Enfield #6385-001\Federal Court Pleadings - NEW\Motion for permission to file more than 25 interrogatories 12-1-03.doc