UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LEONARDO;<br>Plaintiff | : CIVIL ACTION<br>: NO. 3:03CV0304 (AVC)<br>: |
| VS. | : |
| TOWN OF ENFIELD;<br>TOWN OF ENFIELD BOARD<br>OF EDUCATION;<br>HAZARDVILLE FIRE<br>DISTRICT; THOMAS<br>SPIWAK; LINDA CAVANAUGH;<br>JOHN J. FLANAGAN<br>and AL HARRISON<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JANUARY 7, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Hazardville Fire District and John J. Flanagan, in the above-entitled case.

> THE DEFENDANTS:
> HAZARDVILLE FIRE DISTRICT AND
> JOHN J. FLANAGAN
>
> By _____
> James J. Szerejko of
> HALLORAN & SAGE  LLP
> Fed. Bar #ct04326
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT  06103
> (860) 522-6103

13287.0001/BPL

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | HALLORAN<br>& SAGE LLP | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, I hereby mailed a copy of the foregoing to:

Mark W. Dietz, Esq.
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181

Michael Conroy, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123
(Town of Enfield, Enfield Board of Education,
Thomas Spiwak, Linda Cavanaugh
and Al Harrison)

/s/ James J. Szerejko

501081.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105