UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES LEONARDO;
    Plaintiff     :     CIVIL ACTION
                 :     NO. 3:03CV0304 (AVC)
VS.                :

TOWN OF ENFIELD;
TOWN OF ENFIELD BOARD
OF EDUCATION;
HAZARDVILLE FIRE DISTRICT;
THOMAS SPIWAK;
LINDA CAVANAUGH;
JOHN J. FLANAGAN;
AL HARRISON
    Defendants     :     JANUARY 7, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Hazardville Fire District and John J. Flanagan, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

13287.0001/BPL
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
HAZARDVILLE FIRE DISTRICT;
JOHN J. FLANAGAN

By_____
Brian P. Leaming of
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, I hereby mailed a copy of the foregoing to:

Mark W. Dietz, Esq.
Michael J. Kopsick Esq.
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181

Michael C. Conroy, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123
(Town of Enfield, Town of Enfield Board of Education,
Thomas Spiwak, Linda Cavanaugh and Al Harrison)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Chief Jack Flanagan (via certified mail)
Hazardville Fire Department
385 Hazard Avenue
Enfield, CT 06082

_____
Brian P. Leaming

501066.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105