January 16, 2004
SO ORDERED

Alfred V. Covello

There being no objection, the motion is granted.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES LEONARDO, a minor by his  :  NO. 3:03CV0304 (AVC)
next friend and Parent, Wendy Leonardo

V.                                :

TOWN OF ENFIELD,
TOWN OF ENFIELD BOARD OF
EDUCATION, HAZARDVILLE
FIRE DISTRICT, THOMAS SPIWAK,
LINDA CAVANAUGH, JOHN J. FLANAGAN
and AL HARRISON                   :  DECEMBER 3, 2003

### MOTION FOR PERMISSION TO FILE MORE THAN TWENTY-FIVE (25) INTERROGATORIES TO DEFENDANTS, TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN AND AL HARRISON

The Plaintiff, JAMES LEONARDO, hereby moves this Court for permission to file more than twenty-five (25) interrogatories. Plaintiff believes some additional interrogatories will avoid duplicative and time consuming depositions of the individuals involved in the interrogation of the Plaintiff as alleged in the Complaint. Plaintiff further believes additional interrogatories will ultimately reduce time and costs to all parties, and maximize efficiency in discovery. At present, the Scheduling Order contemplates completion of discovery by January 31, 2004, although Plaintiff requested modification of said Order in early