UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN and AL HARRISON | : | FEBRUARY 9, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the plaintiff, JAMES LEONARDO, a minor by his next friend and parent, Wendy Leonardo, in the above-captioned matter, as the undersigned is no longer engaged in the practice of law as of November 14, 2003 and has relocated to Florida. The plaintiff will be represented by Michael J. Kopsick of Kahan, Kerensky & Capossela, LLP, who has filed an appearance with this Court.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance by granted.

PLAINTIFF - JAMES LEONARDO

BY  /s/
Mark W. Dietz of
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike, P.O. Box K
Vernon, CT 06066-2181
Federal Bar No. Ct13941
His Attorneys

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN and AL HARRISON | : | FEBRUARY 9, 2004 |

## **CERTIFICATION OF SERVICE**

This is to certify that on this 9th day of February, 2004, copies of the foregoing were mailed, certified mail, return receipt requested, to all counsel and pro se parties of record:

Michael C. Conroy, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-1976

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

/s/
Mark W. Dietz

L:\L\LEONARDO, WENDY & JAMES #6385\Town of Enfield #6385-001\Federal Court Pleadings - NEW\Motion to Withdraw Appearance MWD 2-9-04.doc