UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO; | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:03CV0304 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF ENFIELD; | : | |
| TOWN OF ENFIELD BOARD | : | |
| OF EDUCATION; | : | |
| HAZARDVILLE FIRE | : | |
| DISTRICT; THOMAS | : | |
| SPIWAK; LINDA CAVANAUGH; | : | |
| JOHN J. FLANAGAN | : | |
| and AL HARRISON | : | |
| Defendants | : | FEBRUARY 10, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned, on behalf of the defendants, John J. Flanagan and Hazardville Fire District, respectfully requests this Court for an enlargement of time of teny days from February 13, 2004, to and including February 23, 2004, in which to respond and/or object to the plaintiff's first set of interrogatories and request for production. This is the defendants' first such request for an enlargement of time. Counsel for the defendants makes this request so that the defendants may be allowed time to gather information and documents in which to properly respond to the plaintiff's discovery requests.

I have conferred with plaintiff's counsel, Michael J. Kopsick, who has no objection to this request for an enlargement of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
HAZARDVILLE FIRE DISTRICT AND JOHN J. FLANAGAN

By _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 10th day of February, 2004, I hereby mailed a copy of the foregoing Motion for Enlargement of Time to:

Michael J. Kopsick, Esquire
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181

Michael Conroy, Esquire
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

_____
Eric P. Daigle

513477.1(HS-FP)

- 2 -