UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

James Leonardo

V.                                Case Number: 3:03CV304(AVC)

Town of Enfield, et al

**Motion for Extension**

Doc. # **39**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, February 13, 2004.


KEVIN F. ROWE, CLERK


By:   /s/ JW
      Jo-Ann Walker
      Deputy Clerk