UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LEONARDO, a minor by his<br>next friend and Parent, Wendy Leonardo | : NO. 3:03CV0304 (AVC) |
| V. | : |
| TOWN OF ENFIELD,<br>TOWN OF ENFIELD BOARD OF<br>EDUCATION, HAZARDVILLE<br>FIRE DISTRICT, THOMAS SPIWAK,<br>LINDA CAVANAUGH, JOHN J. FLANAGAN<br>and AL HARRISON | : FEBRUARY 9, 2004 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the plaintiff, JAMES LEONARDO, a minor by his next friend and parent, Wendy Leonardo, in the above-captioned matter, as the undersigned is no longer engaged in the practice of law as of November 14, 2003 and has relocated to Florida. The plaintiff will be represented by Michael J. Kopsick of Kahan, Kerensky & Capossela, LLP, who has filed an appearance with this Court.

February 13, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 FEB 13 P 4:40
U.S. DISTRICT COURT
HARTFORD, CT.