UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO; | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:03CV0304 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF ENFIELD; | : | |
| TOWN OF ENFIELD BOARD | : | |
| OF EDUCATION; | : | |
| HAZARDVILLE FIRE | : | |
| DISTRICT; THOMAS | : | |
| SPIWAK; LINDA CAVANAUGH; | : | |
| JOHN J. FLANAGAN | : | |
| and AL HARRISON | : | |
| Defendants | : | FEBRUARY 13, 2004 |

## **APPEARANCE**

Enter my appearance as Attorney for the defendants, Hazardville Fire District and John J. Flanagan, in the above-entitled case.

THE DEFENDANTS:
HAZARDVILLE FIRE DISTRICT AND
JOHN J. FLANAGAN

By/s/ _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 13th day of February, 2004, I hereby mailed a copy of the foregoing Appearance to:

Mark W. Dietz, Esq.
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181

Michael Conroy, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

/s/ _____
Eric P. Daigle

515193.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105