UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN and AL HARRISON | : | MARCH 2, 2004 |

### MOTION FOR ORDER COMPELLING DISCOVERY AND EXTENDING TIME RE: SCHEDULING ORDER

Pursuant to FED R. CIV. P. 37(a), the Plaintiff in the above-captioned matter respectfully represents that:

1. On or about January 6, 2004, he served Interrogatories and Requests for Production on the Defendants TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, THOMAS SPIWAK, LINDA CAVANAUGH, and AL HARRISON.

2. To date, these Defendants have neither objected nor responded to Plaintiff's discovery requests.

3. The Plaintiff contacted Defendants' counsel in an effort to determine the status of the outstanding discovery requests without court action, however, said communications have not resulted in compliance.

4.      The Court should note that the discovery deadline in this matter is March 30, 2004 and depositions of the Defendants to whom the above referenced discovery was propounded now must be re-noticed in order to have the benefit of written responses prior to the depositions.

WHEREFORE, the Plaintiff respectfully requests an order from this court: compelling the Defendants, Town of Enfield, Town of Enfield Board of Education, Thomas Spiwak, Linda Cavanaugh, and Al Harrison to respond by March 15, 2004 to the Plaintiff's discovery requests; providing Plaintiff an additional thirty (30) days (to April 30, 2004) to complete discovery and exchange damage analyses with the Defendants; and awarding reasonable attorneys fees and costs in accordance with FED R. CIV. P. 37(a)(4).

PLAINTIFF - JAMES LEONARDO

BY      /s/
      Michael J. Kopsick of
      Kahan, Kerensky & Capossela, LLP
      45 Hartford Turnpike, P.O. Box K
      Vernon, CT 06066-2181
      Federal Bar No. Ct03656
      His Attorneys

### O R D E R

The foregoing motion having been presented to this court, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____

Judge / Assistant Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his<br>next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD,<br>TOWN OF ENFIELD BOARD OF<br>EDUCATION, HAZARDVILLE<br>FIRE DISTRICT, THOMAS SPIWAK,<br>LINDA CAVANAUGH, JOHN J. FLANAGAN<br>and AL HARRISON | : | MARCH 2, 2004 |

### CERTIFICATION OF SERVICE

This is to certify that on this 2nd day of March, 2004, copies of the foregoing were mailed, postage prepaid, to all counsel and pro se parties of record:

Michael C. Conroy, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-1976

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

/s/
_____
Michael J. Kopsick