## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his<br>next friend and Parent, Wendy Leonardo | : | NO. 3:03CV0304 (AVC) |
| V. | : | |
| TOWN OF ENFIELD,<br>TOWN OF ENFIELD BOARD OF<br>EDUCATION, HAZARDVILLE<br>FIRE DISTRICT, THOMAS SPIWAK,<br>LINDA CAVANAUGH, JOHN J. FLANAGAN<br>and AL HARRISON | : | MARCH 12, 2004 |

### MOTION BY CONSENT FOR EXTENSION OF TIME

The parties in the above captioned matter hereby move, pursuant to F.R.C.P. 6(b) and D. Conn. L. Civ. R. 9 (b), for an extension of time of the scheduling orders of April 10, 2003 and modified November 18, 2003, ordered by the Honorable Alfred V. Covello.  The parties have postponed discovery while meaningful settlement discussions were ongoing and now need additional time to respond to written discovery and complete depositions.  The parties respectfully request, therefore, the deadline set forth in the current scheduling orders, as modified, be extended for sixty (60) days in accordance with the following:

      1.      All discovery, including depositions of all witnesses, shall be completed by May 29, 2004.

      2.      Dispositive motions, except Motions in limine incident to a trial, shall be filed on or before June 29, 2004.

3.  The parties shall file a joint trial memorandum in accordance with the pre-trial order on July 29, 2004.

4.  A damage analysis shall be provided by the Plaintiff before the completion of discovery, May 29, 2004.

5.  The case will be ready for trial September 1, 2004, provided no dispositive Motions have been filed.

This is the second Motion for Extension of Time filed by the undersigned with respect to this issue.

The parties have agreed that this Motion may be executed in one or more counterparts, and facsimile signatures are deemed sufficient indicia of due execution and are acceptable to the parties hereto.

PLAINTIFF - JAMES LEONARDO

BY _____/s/_____
Michael J. Kopsick of
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181
(860) 646-1974 (phone)
(860) 647-8302 (fax)
mkopsick@kkc-law.com (email)
Federal Bar No. Ct03656
His Attorneys

DEFENDANTS – TOWN OF ENFIELD TOWN OF ENFIELD BOARD OF EDUCATION, THOMAS SPIWAK, LINDA CAVANAUGH and AL HARRISON


BY_____/s/_____
       Michael C. Conroy of
       Gordon, Muir & Foley, LLP
       10 Columbus Blvd.
       Hartford, CT 06106
       (860) 525-5361 (phone)
       (860) 525-4849 (fax)
       mconroy@gmflaw.com (email)
       Federal Bar No.
       Their Attorneys


DEFENDANTS – HAZARDVILLE FIRE DISTRICT and JOHN J. FLANAGAN


BY_____/s/_____
       James J. Szerejko of
       Halloran & Sage, LLP
       One Goodwin Square
       225 Asylum Street
       Hartford, CT 06103
       (860) 522-6103 (phone)
       (860) 548-0006 (fax)
       szerejko@halloran-sage.com (email)
       Federal Bar No.
       Their Attorneys

# **O R D E R**

The foregoing motion having come to this court, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge / Assistant Clerk

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed, postage prepaid, on this 8th day of April, 2004 to all counsel and pro se parties of record:

Michael C. Conroy, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-1976

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

_____/s/_____
Michael J. Kopsick