44

FILED

2004 APR 12 P 1: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES LEONARDO, a minor by his                :     NO. 3:03CV0304 (AVC)
next friend and Parent, Wendy Leonardo

V.                                             :

TOWN OF ENFIELD,
TOWN OF ENFIELD BOARD OF
EDUCATION, HAZARDVILLE
FIRE DISTRICT, THOMAS SPIWAK,
LINDA CAVANAUGH, JOHN J. FLANAGAN
and AL HARRISON                                :     MARCH 12, 2004

MOTION BY CONSENT FOR EXTENSION OF TIME

The parties in the above captioned matter hereby move, pursuant to F.R.C.P. 6(b) and

D. Conn. L. Civ. R. 9 (b), for an extension of time of the scheduling orders of April 10, 2003 and

modified November 18, 2003, ordered by the Honorable Alfred V. Covello. The parties have

postponed discovery while meaningful settlement discussions were ongoing and now need

additional time to respond to written discovery and complete depositions. The parties respectfully

request, therefore, the deadline set forth in the current scheduling orders, as modified, be extended

for sixty (60) days in accordance with the following:

```
3:03CV0304(AVC).  April 14, 2004.  The motion for an extension of
time (document no. 44) is GRANTED as follows: (1) All discovery,
including depositions of all witnesses, shall be completed by May
29, 2004; (2) the parties shall exchange a damage analysis, if
necessary, on or before May 29, 2004; (3) all motions, except
motions in limine incident to a trial, shall be filed on or
before June 30, 2004; (4) the parties shall file a joint trial
memorandum in accordance with the pretrial order, which order
shall accompany the jury selection calendar, and be sent to the
parties on July 29, 2004; and (5) the case shall be ready for
trial by September 1, 2004.
SO ORDERED.
```

Alfred V. Covello, U.S.D.J.