


FILED

2004 MAR -3 P 1:46

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LEONARDO, a minor by his next friend and Parent, Wendy Leonardo | : NO. 3:03CV0304 (AVC) |
| V. | : |
| TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, HAZARDVILLE FIRE DISTRICT, THOMAS SPIWAK, LINDA CAVANAUGH, JOHN J. FLANAGAN and AL HARRISON | : MARCH 2, 2004 |

### MOTION FOR ORDER COMPELLING DISCOVERY AND EXTENDING TIME RE: SCHEDULING ORDER

Pursuant to FED R. CIV. P. 37(a), the Plaintiff in the above-captioned matter respectfully represents that:

1. On or about January 6, 2004, he served Interrogatories and Requests for Production on the Defendants TOWN OF ENFIELD, TOWN OF ENFIELD BOARD OF EDUCATION, THOMAS SPIWAK, LINDA CAVANAUGH, and AL HARRISON.

2. To date, these Defendants have neither objected nor responded to Plaintiff's

---

3:03CV304(AVC). April 16, 2004. There being no objection, the plaintiff's motion to compel and motion for an extension of time (document no. 43) is GRANTED. With regard to the plaintiff's motion to compel, the defendants shall have to and including April 30, 2004 to respond to the plaintiff's discovery requests. With regard to the plaintiff's motion for an extension of time, all discovery, including depositions of all witnesses, shall be completed by May 29, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.