UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LEONARDO, a minor by his by his next friend and Parent, WENDY LEONARDO; | : : : | |
| Plaintiff | : : | CIVIL ACTION NO. 3:03CV0304 (AVC) |
| VS. | : : | |
| TOWN OF ENFIELD; TOWN OF ENFIELD BOARD OF EDUCATION; HAZARDVILLE FIRE DISTRICT; THOMAS SPIWAK; LINDA CAVANAUGH; JOHN J. FLANAGAN; AL HARRISON | : : : : : : : : | |
| Defendants | : | JUNE __, 2004 |

## **STIPULATION TO DISMISS**

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

13287.0001/223

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFF:
JAMES LEONARDO, A MINOR


BY_____
Michael J. Kopsick
Fed. Bar No. ct03656
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181


THE DEFENDANTS:
TOWN OF ENFIELD;
TOWN OF ENFIELD BOARD
 OF EDUCATION;
THOMAS SPIWAK;
LINDA CAVANAUGH;
AL HARRISON


BY_____
Michael Conroy
Fed. Bar No.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
HAZARDVILLE FIRE DISTRICT;
JOHN J. FLANAGAN


BY_____
James J. Szerejko
HALLORAN & SAGE  LLP
Fed. Bar #ct4326
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 9th day of July, 2004, I hereby mailed a copy of the foregoing to:

Mark W. Dietz, Esq.
Michael J. Kopsick Esq.
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181

Michael C. Conroy, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5123
(Town of Enfield, Town of Enfield Board of Education,
 Thomas Spiwak,  Linda Cavanaugh and Al Harrison)

                                  James J. Szerejko

556702.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105