UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

James Leonardo, etalJames Leonardo, etal

V.                                Case Number:  3:03cv304(AVC)3:03cv304(AVC)

Town of Enfield, etalsTown of Enfield, etals

**ORDER**

**Stipulation for Dismissal of Case** Doc. # **47** - **ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, July 20, 2004.

KEVIN F. ROWE, CLERK

/s/bpd
By: _____
Bonnie P. D'Onofrio
Deputy Clerk